Date: 08/26/09     DIVIDENDS REMITTED TO THE COURT     #148929   Page:

Check Number 103 Dated 08/26/09

Case Number 07-17196 - PINTUR, MONICA C.

*pmc*

09 AUG 27 AM 10: 58

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | 000001 | 1,630.83 | 1.16 |
| Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | 000002 | 536.90 | 0.38 |
| Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | 000003 | 1,650.26 | 1.17 |
| Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | 000004 | 605.91 | 0.43 |
| Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | 000005 | 435.33 | 0.31 |
| Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090 | 000006 | 1,687.47 | 1.20 |
| Premier Bankcard /Charter<br>PO BOX 2208<br>Vacaville, CA 95696 | 000007 | 468.08 | 0.33 |
| Jefferson Capital Systems LLC<br>POB 23051<br>Columbus GA 31902-3051 | 000008 | 1,184.12 | 0.84 |
| CASHLAND<br>17 TRIANGLE PARK DRIVE<br>CINCINNATI, OH 45246 | 000009 | 193.93 | 0.13 |

---------- Remittance Total ----------     8,392.83     5.95   *ck103*

*[signature]*

DAVID O. SIMON, TRUSTEE

COURT1     Printed: 08/26/09 03:01 PM   Ver: 14.31c

07-17196-pmc    Doc 55    FILED 08/27/09    ENTERED 08/27/09 11:47:36    Page 1 of 1